DANIEL G. BOGDEN
United States Attorney
Nevada Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Counsel for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $38,300.00 IN UNITED STATES CURRENCY ) <br> ) <br> Defendant. ) | 2:10-CV-1667-GMN (PAL) |

**DEFAULT JUDGMENT OF FORFEITURE**

The United States filed a verified Complaint for Forfeiture *in Rem* on September 27, 2010, (Docket #1) and a verified Amended Complaint for Forfeiture *in Rem* on September 29, 2010. (#3). The Amended Complaint (#3) alleges the defendant property:

   a.   was furnished or was intended to be furnished in exchange for controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq., and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881 (a)(6);

   b.   is proceeds traceable to exchanges of controlled substances in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq., and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6); and

   c.   was used or was intended to be used to facilitate violations of Title II of the Controlled Substances Act, 21 U.S.C. § 801 et seq., and is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

1  It appearing that process was fully issued in this action and returned according to law;

2  On February 4, 2011, the Court entered an Order for Summons and Warrant of Arrest *in Rem*
3  for the Property and Notice and issued the Summons and Warrant of Arrest *in Rem*. #4, #5.

4  Pursuant to the Order (#4), the Complaint (#1), the Summons and Warrant (#5), and the
5  Notice of Complaint for Forfeiture were served on the defendant property, and the Notice was
6  published according to law (#6).  All persons interested in the defendant property were required to
7  file their claims with the Clerk of the Court within 30 days of the publication of the Notice or within
8  35 days of actual notice of this action, as applicable, followed by the filing of an answer to the
9  Complaint within 21 days after the filing of their respective claims. #1, #4, #5, #6.

10  Public notice of the forfeiture action and arrest was given to all persons and entities by
11  publication on the official government website www.forfeiture.gov from February 9, 2011, through
12  to March 10, 2011. #6, p. 2-4.

13  Service of Process was effected upon the defendant and potential claimants in obedience of
14  the Order for Summons and Warrant of Arrest *in Rem* for the Property and Notice. #7.

| Date Served | Name of potential claimant | How served | Form | By whom |
|---|---|---|---|---|
| 12/9/2010 | Erica Lozoya | Mail /reg and certified | 22.48 | CI / IRS agency |
| 12/9/2010 | Abel Solorio-Romero | Mail /reg and certified | 22.48 | CI / IRS agency |
| 12/9/2010 | Llasmin Lozoya-Mendoza | Mail /reg and certified | 22.48 | CI / IRS agency |
| 12/10/2010 | Llasmin Lozoya-Mendoza | upon her attorney, Gowdy | 22.48 | CI / IRS agency |
| 12/11/2010 | Llasmin Lozoya-Mendoza | at 1824 Decatur #23 LV, NV | 22.48 | CI / IRS agency |
| 12/13/2011 | Llasmin Lozoya-Mendoza | at place of incarceration | 22.48 | CI / IRS agency |
| 12/9/2011 | Melba Lozoya-Mendoza | Mail /reg and certified | 22.48 | CI / IRS agency |
| 12/9/2011 | | upon her attorney, Teich | 22.48 | CI / IRS agency |
| 12/9/2011 | | at 1824 Decatur #23, LV, NV | 22.48 | CI / IRS agency |
| 12/9/2011 | | at 1390 Market St, SF, CA | 22.48 | CI / IRS agency |
| 12/13/2011 | | at place of incarceration | 22.48 | CI / IRS agency |
| 12/9/2011 | $38,300.00 | Funds on deposit with federal suspense account. | 22.48 | CI / IRS agency |

On January 5, 2011, the Notice of Filing Proof of Publication was filed. #6.

No other person or entity has filed a claim, answer, or responsive pleading within the time permitted by 18 U.S.C.§ 983(a)(4) and Fed. R. Civ. P. Supp. Rule G(4) and (5).

On September 22, 2011, the United States filed a Request for Entry of Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. #8.

On September 23, 2011, the Clerk of the Court entered a Default against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action. #9.

Neither Melba Lozoya-Mendoza or Llasmin Lozoya-Mendoza are in the military service within the purview of the Servicemembers Civil Relief Act. See Exhibit 1 and Exhibit 2 to the Declaration in Support of Entry of Default. #8.

The allegations of the Complaint are sustained by the evidence and are adopted as findings of fact. The Court concludes as a matter of law that the United States is entitled to the relief requested in the Complaint.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment of Forfeiture be entered against the defendant property and all persons or entities who claim an interest in the defendant property in the above-entitled action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that said property be, and the same is hereby forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party.

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure or arrest of the defendant property.

**DATED** this 27th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge